IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 MAR 16 PM 3:52

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. |
| vs. | : | |
| | : | JUDGE |
| BRANDON W. TVEDT | : | |
| | : | 21 U.S.C. § 841(a)(1) |
| | : | 21 U.S.C. § 841(b)(1)(C) |
| | : | 21 U.S.C. § 802(32)(A) |
| | : | 21 U.S.C. § 813 |
| | : | 21 U.S.C. § 846 |
| | : | |

2:22-CR-41
Judge Graham

**INFORMATION**

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE:**
Conspiracy to Possess with Intent to Distribute Psychedelic Mushroom Analogue

Between about March of 2018, through and including March 2020, the exact dates being unknown, in the Southern District of Ohio and elsewhere, the defendant, **BRANDON W. TVEDT,** did knowingly, intentionally, and unlawfully conspire with others, both known and unknown to the United States, to possess, with the intent to distribute, a substance containing a detectible amount of 4-Acetoxy-N,N-Dimethyltryptamine (4-AcO-DMT), a controlled substance analogue, as defined in 21 U.S.C. § 802(32), of 4-Hydroxy-N,N-Dimethyltryptamine, commonly known as psychedelic mushrooms, a Schedule I controlled substance, knowing that the controlled substance analogue was intended for human consumption as provided in 21 U.S.C. § 813, in violation of 21 U.S.C. §841(a)(1) and §841(b)(1)(C).

All in violation of 21 U.S.C. § 846.

KENNETH L. PARKER
United States Attorney

_____
MICHAEL J. HUNTER
Assistant United States Attorney

1