United States District Court
Southern District of Ohio

## Related Case Memorandum
## Criminal Cases

TO: Judge Graham and Judge Morrison

FROM: Scott Miller , Deputy Clerk

DATE: 3/17/22

SUBJECT: Case Caption: USA v. Brandon W. Tvedt

CASE: Case Number: 2:22-cr-41

DISTRICT JUDGE: Judge Graham

File Date: 3/16/22

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: USA v. James Verl Barlow, et al.

Case Number: **2:21-cr-89 (1-8)**   District Judge: **Morrison**

File Date: **5/18/21**   Magistrate Judge:


**Related Case(s):**

Case Caption:

Case Number:   District Judge:

File Date:   Magistrate Judge:

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Deputy Clerk     **Scott Miller**
as follows:

**Judges' Response:**

☐    We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☐    We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____

☑    We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐    We are unable to agree and will accept any decision made by the Chief Judge.

☐    I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐    I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐    Other Direction of Judge: _____

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

cc: Courtroom Deputies

*Revised 9/14/2012*