**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

United States of America

        -vs-                        Case No.  2:22-CR-41

Brandon William Tvedt

_____

## NOTICE OF HEARING

TAKE NOTICE that a **Arraignment on Information** is scheduled for **June 1, 2022** at **11:00 AM.** This hearing will be held before the **Honorable Norah McCann King**. Unless requested by the Defendant or Counsel for an in person hearing this hearing will be conducted by GoTo Meeting.

Dated May 23, 2022

                                  NORAH MCCANN KING
                                  UNITED STATES MAGISTRATE JUDGE

                                   _/s/ Spencer Harris_____
                                  By: Spencer Harris, Courtroom Deputy
                                  614.719.3027
                                  spencer_harris@ohsd.uscourts.gov