AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
__Southern_____ District of _____Ohio___

| | |
|---|---|
| United States of America<br>v.<br><br>_____<br>*Defendant* | )<br>)   Case No.<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

    I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

    After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.


Date: _____

                                                                  *Defendant's signature*

                                                        *Signature of defendant's attorney*

                                             *Printed name of defendant's attorney*

                                                           *Judge's signature*

                                             *Judge's printed name and title*