**CONSENT TO VIDEO CONFERENCE**

I, _____, as the defendant in the case captioned United States v. _____, Case No. _____, after being advised by counsel of my right to be physically present during certain hearings and proceedings in this case, do hereby consent and request that those hearings and proceedings be conducted by video conference, as indicated below.

    \_\_\_ Initial Appearance

    \_\_\_ Detention Hearing

    \_\_\_ Preliminary Hearing

    \_\_\_ Arraignment


DATED: _____


NAME: _____


COUNSEL: _____