AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
___Southern___ District of ___Ohio___

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:22-CR-41 |
| Brandon W. Tvedt ) | |
| _____Defendant_____ ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 5-23-22

X _Brandon W. Tvedt_
*Defendant's signature*

_____
*Signature of defendant's attorney*

Steven S. Holden
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*