**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

**United States of America**

**-vs-**                                                          Case No.  **2:22-CR-41**

**Brandon W. Tvedt**

---

**COURTROOM   MINUTES**
**ARRAIGNMENT ON INFORMATION**

| JUDGE: | Norah McCann King | DATE AND TIME: | 6/1/22 at 11:00 AM |
|---|---|---|---|
| DEPUTY CLERK: | Spencer D. Harris | COUNSEL FOR GOVT: | M Hunter |
| COURT SMART | Debra Futrell | COUNSEL FOR DEFT(S). | S Nolder |
| INTERPRETER: | N/A | PRETRIAL/PROBATION: | |

Dft consents to appear by video
Dft appeared with counsel and consents
to plead before a US Magistrate Judge;
Dft waives Indictment; Dft pleads GUILTY
to the pending charges; RR to be issued
PSI to be ordered; Dft to remain on
on Bond pending sentencing;

 Court adjourn.