**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA**

    vs.                                2:22-cr-041
                                           JUDGE JAMES L. GRAHAM

**BRANDON WILLIAM TVEDT**

**ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING**

Pursuant to the CARES Act, H.R.748 § 15002 *et seq*, and in accordance with this Court's General Orders, this Court finds that the Defendant, after consultation with counsel, has consented to the use of video/teleconferencing to conduct the proceeding held this date.

Accordingly, the proceeding held this date may be conducted by:

  __X__   video teleconference

  ____   teleconference, because videoconferencing is not reasonably available for the following reasons:

        ____ that the defendant is detained at a facility that is lacking video teleconferencing capability.

        ____ other.

                                             *s/ Norah McCann King*
                                             **Norah McCann King
United States Magistrate Judge**

**DATED: June 1,2022**

1