United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                              Case No. 2:22-cr-041-1

Brandon William Tvedt

COURTROOM MINUTES
Sentencing Hearing

| U.S. District Judge James L. Graham | | Date:   October 7, 2022 @ 1:30p.m. –   1:50 p.m. | |
|---|---|---|---|
| **Deputy Clerk** | Denise Shane | **Counsel for Govt:** | Michael J. Hunter |
| **Court Reporter** | Allison Kimmel | **Counsel for Deft(s):** | Steven S. Nolder |
| **Interpreter** |  | **Pretrial/Probation:** | Keir Pennington |
| **Log In** | n/a | **Log Out** | n/a |

Time served
3 years SR, 6 months, home confinement w/ electronic monitoring
$1000 fine, interest waived
$100 special assessment
*testing and treatment for alcohol & substance abuse, not consume alcohol
*mental health assessment & counseling