# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        vs.                      : CASE NO: 2:22-CR-041(1)
                                    : JUDGE GRAHAM

**Brandon W. Tvedt**

        **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-titled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties with the exception of any asset forfeiture judgments which may have been imposed.

                                                Respectfully submitted,

                                                KENNETH L. PARKER
                                                United States Attorney

                                                s/ Bethany J. Hamilton
                                                BETHANY J. HAMILTON (0075139)
                                                Assistant United States Attorney
                                                Attorney for Plaintiff
                                                303 Marconi Boulevard, Suite 200
                                                Columbus, Ohio 43215
                                                (614)469-5715
                                                Fax: (614)469-5240
                                                Email: Bethany.Hamilton@usdoj.gov

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant, Brandon W. Tvedt, 11310 Grimes Avenue, Pearland, Texas  77584 by first class mail, postage prepaid, this 27th day of April, 2023.

s/ Bethany J. Hamilton
BETHANY J. HAMILTON (0075139)
Assistant United States Attorney