UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

    PLAINTIFF,

V.

BRANDON TVEDT

    DEFENDANT.

CASE NUMBER:

2:22-cr-00041-JLG

DEFENDANT'S PRO SE MOTION FOR EARLY TERMINATION OF PROBATION

Pro se Defendant, Brandon Tvedt, respectfully moves this Court for early termination of supervised probation and in support thereof states the following:

1) Defendant was sentenced on October 7, 2022 to six months' house arrest and three years of probation. Defendant began house arrest on October 12, 2022.

2) Defendant has successfully fulfilled every requirement of their sentencing and probation without incident. Defendant has discussed early termination with their assigned probation officer, Katrice Baisey-Galloway. Ms. Galloway has stated that her office will not oppose early termination of probation at this time. Defendant has inquired with the prosecuting Assistant United States District Attorney, Michael Hunter, who stated that the U.S. District Attorney's office will not oppose it either.

3) Defendant has an exemplary record of compliance with all conditions, and their only other criminal record was for DUI nearly 25 years ago. Defendant continues to remain gainfully employed and resides with their elderly parents. Defendant remains a stable and productive

member of their community, having recently started a new business, and poses little risk to the general public.

4) Defendant has paid all fines in full, and has successfully completed the mental health and substance abuse program imposed by the Court.

WHEREFORE, the Defendant moves this Court to grant early termination of the three years' probation, having served one full year of the term of probation after six months' house arrest.

Respectfully submitted,

*Brandon W. Tvedt*                    Oct. 12, 2023

Brandon Tvedt, Defendant, Pro Se

11310 Grimes Ave.

Pearland, TX, 77584

(713) 292-7747